U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN - 9 2014

TONY R. M_____ CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES KENWORTHY | CIVIL ACTION NO: 13-2160 |
| VERSUS | JUDGE DONALD E. WALTER |
| GLOBAL SANTA FE OFFSHORE, INC. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), filed by the Defendant, Global Santa Fe Offshores, Inc. [Doc. #4]. Plaintiff, Charles Kenworthy, filed an Opposition and in the alternative, a Motion to Amend his complaint.

Upon due consideration, Defendant's motion is hereby **DENIED**. To survive a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) a complaint need only contain enough facts (taken as true) to raise a reasonable expectation that discovery will reveal that the elements of the claim exist. *Lormand v. U.S. Unwired, Inc.*, 565 F.3d 228, 257 (5th Cir. 2009). While sparse, the complaint meets this minimal threshold. However, Mr. Kenworthy is hereby granted leave to amend his complaint within thirty days should he choose to do so.

**THUS DONE AND SIGNED**, this 9 day of January, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE